**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

MAR 1 8 2003

LARRY W. PROPES, CLERK
CHARLESTON, SC

| | | |
|---|---|---|
| In Re: | The State of South Carolina<br>Petitioner, | **WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM**<br>2:03-mc-2186 |
| | vs. | Criminal No. 2:02-113<br>Inmate No. 98516-071 |
| | Anthony Mann a/k/a Anthony Lee Mann<br>Defendant | |

TO: UNITED STATES MARSHAL CURRENTLY HOUSING FEDERAL INMATE PIERRE MATTHEWS IN COLEMAN MED. FEDERAL CORRECTIONAL INSTITUTION

This matter appears before this Court by way of motion of the United States Attorney's Office after a request from the State of South Carolina, through a duly appointed representative of the Solicitor of the **Ninth Judicial Circuit**. The State moves this Court to order the temporary custody of **PIERRE MATTHEWS** from federal custody to the custody of the **Charleston County Sheriff's Office** or their duly appointed representatives for the purpose of disposition of State matters now pending against Anthony Mann a/k/a Anthony Lee Mann.

**IT APPEARS THAT PIERRE MATTHEWS, D.O.B. Unknown, SSN: Unknown** is required to appear at the Charleston County Judicial Center during the week of April 1, 2003. **MORE IMPORTANTLY, PIERRE MATTHEWS' ATTENDANCE WILL BE NECESSARY TO PREPARE HIS TESTIMONY ON** MARCH 27, 2003.

**IT APPEARS THAT PIERRE MATTHEWS** is currently being detained by the United States Marshal Service in **Coleman Med. Federal Correctional Institution**, 846 N.E. 54th Terrace, Post Office Box 1029, Coleman, Florida 33521, awaiting disposition of federal criminal charges and that custody of **PIERRE MATTHEWS** is required by the State of South Carolina for disposition of State matters now pending against Anthony Mann a/k/a Anthony Lee Mann.

**IT FUTHER APPEARS** that the State of South Carolina requires **PIERRE MATTHEWS** to be released to the custody of the **Charleston County Sheriff's Office** or their duly appointed representatives to be available for a court appearance on April 1, 2003, and returned by same to federal custody at Coleman Med. Federal Correctional Institution on the above named date or upon disposition of the above pending matter. **PIERRE MATTHEWS** is to be provided safekeeping, custody, and care while in the custody of **Charleston County Sheriff's Office** at the State's expense.

**THEREFORE, IT IS ORDERED** that the United States Marshal Service release **PIERRE MATTHEWS** to the custody of the Charleston County Sheriff's Office or their duly appointed representatives, at the above-mentioned place, time, and date, for disposition of state matters and that **PIERRE MATTHEWS** be returned to federal custody at the State's expense, at the conclusion of the matter on the above-named date.

**IT IS FURTHER ORDERED** that this shall not affect or alter any date(s) or time(s) that **PIERRE MATTHEWS** is designated to appear before any District Court for the United States.

**AND IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina

_____, 2003

I SO MOVE:

J. Strom Thurmond, Jr.
UNITED STATES ATTORNEY

By: _____
    Sean Kittrell
Assistant United States Attorney